Maggie Fey Off et al., appellees, v. Exposition Coaster, Inc. et al., appellants. Gen. No. 7,923.

Opinion filed October 15, 1928.

Charles C. Dickman and George W. Hunt, for appellants. Weil, Bartley & Weil, for appellees; Joseph F. Bartley and Herbig Younge, of counsel.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Edith Ortell, plaintiff in error. Gen. No. 7,940.

Opinion filed December 4, 1928.

Schriver & Schriver, for plaintiff in error. Benjamin S. Bell, State's Attorney, for defendant in error; Dan H. McNeal, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Ben Willard, plaintiff in error. Gen. No. 7,944.

Opinion filed December 4, 1928.

George T. Liddell, for plaintiff in error. Vincent S. Lumley, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

Elizabeth Yuodvirsis, defendant in error, v. Peter Antonovich, plaintiff in error. Gen. No. 7,913.

Opinion filed December 27, 1928.

James H. Andrews and Thomas J. Welch, for plaintiff in error. James N. Cummings, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

James P. Ortscheid and Lavie Logan, trading as Ortscheid and Logan, appellees, v. Fisher Brothers and Herman, Inc., appellants. Gen. No. 7,970.

Opinion filed December 27, 1928. Rehearing denied January 28, 1929.

John L. Brearton, for appellants. John R. Connell, for appellees.

Mr. Justice Boggs delivered the opinion of the court.